**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-7761**

─────────────

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

  versus

EULEE SCOTT,

          Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CR-95-912)

─────────────

Submitted:  April 17, 2001     Decided:  May 8, 2001

─────────────

Before WILKINS, MOTZ, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Eulee Scott, Appellant Pro Se.  E. Jean Howard, OFFICE OF THE
UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Eulee Scott appeals the district court's order denying his motion to correct his pre-sentence report ("PSR"). We have reviewed the record and the district court's order and find no reversible error. Federal Rule of Criminal Procedure 32 provides a mechanism for defendants to object to contents of the PSR. If challenged, the district court creates written findings of its resolution of the dispute and appends these findings to the PSR. See Fed. R. Crim. P. 32(c). Scott, however, did not object to the PSR prior to sentencing. In addition, Scott did not appeal his conviction or sentence. Therefore, Scott has waived further objection to his PSR. See United States v. Emanuel, 869 F.2d 795, 796 (4th Cir. 1989). Because Scott has waived further challenge to his PSR, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED